UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE MCM GROUP, LLC and | ) | |
| CHRISTOPHER P. WHITE, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|   vs. | ) | 1:07-cv-204-RLY-JMS |
| | ) | |
| ACV INTERNATIONAL, LLC, | ) | |
|     Defendant. | ) | |

### ORDER TO SHOW CAUSE

On February 21, 2007, defendant, ACV International, LLC ("Defendant"), filed a Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Dismiss or Transfer Venue. The time for a response has passed. The court therefore **ORDERS** the plaintiffs, the MCM Group, LLC and Christopher P. White ("Plaintiffs"), to show cause why the Defendant's motion should not be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs shall show cause within ten (10) days of the entry of this Order why their Complaint should not be dismissed for lack of personal jurisdiction, or in the alternative, dismissed or transferred to the District of Nevada.

**SO ORDERED** this 11th day of April 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER LLP
fred.biesecker@icemiller.com

Robert D. MacGill
BARNES & THORNBURG LLP
rmacgill@btlaw.com

O. Judson Scheaf III
THOMPSON HINE LLP
jud.scheaf@thompsonhine.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com

Anthony C. White
THOMPSON HINE LLP
anthony.white@thompsonhine.com